Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> TRACY SUZANNE MARKS, <br><br> Defendant. | NO. CR13-169RSL <br><br> ~~(PROPOSED)~~ STIPULATED ORDER CONTINUING TERMS OF SUPERVISION |

The Court, having considered the parties' stipulated motion, HEREBY ORDERS that the terms of supervised release continue in full effect.

DATED this 28th day of April, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

Order Continuing Terms of Supervision
*United States v. Marks*, CR13-169RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970